IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BENNIE RICHARDSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| M. UNDERWOOD, | ) |
| | ) |
| Respondent. | ) Civil Action No. 3:19-CV-0338-C-BH |

### ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising that Petitioner's petition should be dismissed for lack of jurisdiction.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Petitioner's petition for habeas corpus relief pursuant to 28 U.S.C. § 2241 is hereby **DISMISSED** for lack of jurisdiction.

SO ORDERED this 27th day of April 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Petitioner has failed to file any objections to the Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired. Petitioner has further failed to provide the Court with an updated mailing address.